AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

00 MAY 11 PM 4:52

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

ERIK JOHNSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6119

00-6134
CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ERIK JOHNSON
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

Clarence Maddox
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

BSS
Bail fixed at $75,000 Corporate Surety Bond with Nebbia

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |