AO 442 (Rev. 12/85) Warrant for Arrest  AUJA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH  489-1732

## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA    476 436

UNITED STATES OF AMERICA

V.

ERIK JOHNSON

**WARRANT FOR ARREST**

00-6119

CASE NUMBER

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

**TO:    The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ ERIK JOHNSON _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to export marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

MAY 17

A9 :42

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

BSS

Bail fixed at $ 75,000 Corporate Surety Bond with Nebbia

Clerk of the Court
Title of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5 - 16 - 2000 | PATRICK SCIORTINO SPECIAL AGENT | |
| DATE OF ARREST | | |
| 5 - 16 - 2000 | | |

15

AO 442 (Rev 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ____ERIK JOHNSON_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT:_____     WEIGHT:   _____

SEX:   _____ RACE:   _____

HAIR: _____EYES:   _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____Drug Enforcement Administration_____

_____