

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-~~Ferguson~~ LC 52

UNITED STATES OF AMERICA

vs

Erik Johnson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-16-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT: Address: IN CUSTODY

Telephone: _____

DEFENSE COUNSEL: Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 75,000 Corp. Surety requested

Bond hearing held: yes____ no  X  Bond hearing set for to be set

Dated this  16  day of  May , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-041

cc: Clerk for Judge
U. S. Attorney

21