| | | | |
|---|---|---|---|
| DEFT: | Erik Johnson (J)# | CASE NO: | 00-6119-CR-~~Ferguson~~ WJZ |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Pat Hunt |
| AGENT: | | VIOL: | 21:841, 846, 952, 963 |
| PROCEEDING: | Initial Appearance | BOND REC: | 75,000 Corp. Surety w/nebbia |
| BOND HEARING HELD – yes/**no** | | COUNSEL APPOINTED: | ✓ FPD |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

√ – advised of charges
√ – sworn for counsel
√ – will contact Ct to set bond hearing

**NEXT COURT APPEARANCE:** DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
XXX/BOND HEARING: _____
PRELIM/ARRAIGN. OR ~~REMOVAL~~: _____
STATUS CONFERENCE: 5-31-00  11:00am  Snow
DATE: 5-16-00   TIME: 11:00am   TAPE # 00-041   PG # 5

500-1051