# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ERIC JOHNSON (J)  CASE NO: 00-6119-CR-ZLOCH
AUSA: BERTHA MITRANI /Rosenthal/  ATTY: DARRYL WILCOX /pres/
AGENT:  VIOL:
PROCEEDING STIPULATED BOND  RECOMMENDED BOND 50,000 PSB/25,000 10%
BOND HEARING HELD - yes/no  COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

_____ Oral requested Continuance

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 5-25-00  Time 9:30  FTL/LSS TAPE #00- 026  Begin: 553  End: 602

53