HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ERIK JOHNSON_____ CASE NO: __00-6119-CR-~~FERGUSON~~__ *WJZ*

AUSA __BERTHA MITRANI__ *Thompson* ATTY __FPD__ - *Denube*
*for Wilson 00-087*
Manuel Vazquez, Esq. - for John Minix  *pres*
*Disc to be out by 6-2 - mot due 6-15*
Stuart Adelstein, Esq. - for Rod Stidham *Michael Matter to cover* @ 1836

DEFT __ROSHAWN DAVIS_____ CASE NO: __99-3-CR-DIMITROULEAS__

AUSA __DAVID WEINSTEIN__ *Thompson* ATTY __LARRY HANFIELD__ - *called in report*

*Fenn stood in*
David Raben, Esq. for Jean Henry   *m/ to cont pending*
*pres*                              *6-19 trial set*
Allen Kaufman, Esq. for Willie Leggett
Leonard Fenn, Esq. for Julian Lamar Mitchell  *disc just rec'd*  1925
*Fenn stood in*
Scott Bennett Saul, Esq. for Andre Baker  *June 7 mots due @*
*in trial*
David Tarlow, Esq. for Lawrence Bryan

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DATE __5-31-00_____       TIME __11:00_____