UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch  DATE 8-11-00
CLERK Carline Newsky  REPORTER Carl Schanzler
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Erik Johnson
Rod Stidham
U. S. ATTORNEY Beatha Mitchum  DEFT COUNSEL Daryl Wilcox

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Johnson to Plea
Trial Tues 10:15

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2-3 days -

/s/
135