```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
                        CASE NO. 00-6119-CR-ZLOCH(s)
UNITED STATES OF AMERICA

        vs
                                    ARRAIGNMENT INFORMATION SHEET
    ERIK JOHNSON        SUPERSEDING
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
DEFENDANT:              Address:  CUSTODY
                        _____

                        Telephone:_____
DEFENSE COUNSEL:        Name:     DARYL WILCOX, AFPD
                        Address:_____
                        _____
                        Telephone:_____
BOND SET/CONTINUED:     $     NO CHANGE
```

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __14TH__ day of __AUGUST__, 2000.

```
                        CLARENCE MADDOX
                        COURT ADMINISTRATOR/CLERK OF COURT

                        By: /s/ Denny Butler
                            Deputy Clerk
                        Tape No.  00- 040
```

cc: Copy for Judge
    U. S. Attorney