## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | | |
|---|---|---|---|---|
| DEFT: | ERIK JOHNSON (J) | | CASE NO: | 00-6119-CR-ZLOCH (S) |
| AUSA: | BERTHA MITRANI /Powell | | ATTY: | DARYL WILCOX, AFPD /Bidwill |
| AGENT: | | | VIOL: | |

PROCEEDING:  ARRAIGNMENT ON SUPERSEDING    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

FILED by ___ D.C.
AUG 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____.

☐ Travel extended to: _____.

☐ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 8-14-00   TIME: 11:00   FTL/LSS TAPE # 00 - 040   Begin: 1   End: ___