UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch  DATE 9-11-00
CLERK Carline Newby  REPORTER Carl Schenzel
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Erik Johnson

U. S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Daryl Wilcox
for Bertha M._____

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Ct 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to ct 1

JUDGMENT Court accepted plea & adjudged deft guilty to ct 1

CASE CONTINUED TO 11-30-00  TIME 10:30  FOR Sentencing

MISC Written Plea Agreement

166