**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**



**UNITED STATES OF AMERICA**

       **V.**                   **NOTICE**

**ERIK JOHNSON**

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                                          **COURTROOM A**
**299 E. BROWARD BLVD.**             **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**    **December 1, 2000, at 10:30 AM**

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: October 25, 2000

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD
Probation