DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER OO-6119-CR-Zloch   DATE 12-1-00
CLERK Carlina Newby   REPORTER Carl Schanzler
PROBATION Tracey Welsh   INTERPRETER

UNITED STATES OF AMERICA   v.   Erik Johnson

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Daryl Wilcox

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for downward departure denied - Denied mtn Re objection to aircraft enhancement - Objection to Role Adjustment granted. 2 level Reduction - Ct 1- 66 months custody of BOP - 3 yrs
JUDGMENT Supervised Release - $100 assessment Spec Conds - Participate in Drug/Alcohol abuse program - Provide full financial disclosure - FPD appointed for appeal -

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Ct Recommends facility in Florida capable of treating substance abuse problems

201