AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet J

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

FILED by _____ D.C.

DEC 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| ERIK JOHNSON | CASE NUMBER: 00-6119-CR-ZLOCH |

DARYL WILCOX, ESQ., AFPD
Defendant's Attorney

## THE DEFENDANT:

[x] pleaded guilty to count(s) _____1_____

[ ] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[ ] was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:963 | conspiracy to import marijuana | 4/2000 | 1 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) _____remaining_____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 7/15/73

Defendant's USM No.: 55301-004

Defendant's Residence Address:

Defendant's Mailing Address:

Date of Imposition of Judgment: 12/1/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date 12/4/00

AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page   2   of   6

DEFENDANT:   ERIK JOHNSON
CASE NUMBER:  00-6119-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   60 months.

[XX]  The court makes the following recommendations to the Bureau of Prisons:

a facility in Florida capable of treating defendant's substance abuse problems.

[XX]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:

    [ ]  at _____ a.m./p.m. on _____ .

    [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]  before 2 p.m. on _____ .

    [ ]  as notified by the United States Marshal.

    [ ]  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___1-30-01___ to ___FPC Eglin___

at ___Eglin AFB FL___ with a certified copy of this judgment.
         VIA TAL BUS

Warden

_____
UNITED STATES MARSHAL

By _____
   LLE    Deputy U.S. Marshal