PROB 12B                                                          SD/FL PACTS No. 63916
(SD/FL 9/96)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6119-CR-ZLOCH</u>

<u>Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Erik Johnson

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Court
Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 01, 2000

Original Offense:    Conspiracy to Import Marijuana, 21 U.S.C. § 963, a Class B felony

Original Sentence:   Sixty (60) months custody of the Bureau of Prisons to be followed by three (3)
                     years supervised release. Special Conditions: Participate in an approved
                     treatment program for drug and/or alcohol abuse as directed by the U.S.
                     Probation Officer, and provide complete access to financial information,
                     including disclosure of all business and personal finances, to the U.S. Probation
                     Officer. He was ordered to pay a $100 special assessment fee.

Type of Supervision: Supervised Release        Date Supervision Commenced: October 29, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in a Home Confinement Electronic Monitoring Program for a period of <u>120</u> days. During this time, the defendant shall remain at his/her place of residence except for employment and other activities approved in advance and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his/her place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with his/her ability to pay.**

**The defendant shall abstain from the use of alcoholic beverages during the duration of supervision.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63916

NAME OF OFFENDER: ERIK JOHNSON          CASE NO. 00-6119-CR-ZLOCH

# CAUSE

1. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 25, 2005, in Indian River County, Florida, the defendant was arrested by the Sebastian Police Department and charged with Driving Under the Influence contrary to Florida Statute 316.193.

   Circumstances revealed that Mr. Johnson was intoxicated inside a BlockBuster Video Store in Sebastian, Florida. The Sebastian Police Department was called and upon their arrival, observed Mr. Johnson's van exiting the parking lot with no taillights. As the van traveled South on US1, it crossed the center line and the right fog line several times. The officer initiated a stop. Upon making contact with Mr. Johnson, the officer smelled a strong odor of alcoholic beverage coming from his person. Johnson admitted to drinking one beer. He was ordered to exit the vehicle and was observed to be unsteady on his feet. Upon checking, Johnson had Nystagmus in both eyes prior to 45 degrees and lack of smooth pursuit. The Sebastian Police Officer asked again how many drinks he had and at this point Mr. Johnson stated four beers. Mr. Johnson failed the roadside sobriety test including the one leg stand, the walk and turn, and the heel to toe. He stated " you got me, I'm drunk". He was arrested and transported to the county jail where he refused to submit to a Breath Test.

   Mr. Johnson had just prior to his arrest relocated his supervision to the Fort Pierce Office. He is currently residing there and has agreed to the United States Probation Officers recommendation that he participate in one hundred and twenty (120) days of Home Confinement, return to treatment, and to abstain from the use of alcoholic beverages during the duration of his supervision as a sanction for this arrest.

   Please find the attached Probation Form 49, Waiver of Hearing Form for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by

David L. Sutherland  
U.S. Probation Officer  
Phone: (954) 769-5512  
Date: February 02, 2006

DLS/dee

Reviewed and Approved by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

PROB 12B  
(SD/FL 9/96

SD/FL PACTS No. 63916

**NAME OF OFFENDER: ERIK JOHNSON**            **CASE NO. 00-6119-CR-ZLOCH**

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[X]   The Modification of Conditions as Noted Above  
[ ]   Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

2/3/06  
_____  
Date