PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63916

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6119-CR-ZLOCH**



FILED by _____ D.C.

MAY 15 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Erik Johnson

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 1, 2000

Original Offense: Conspiracy to Import Marijuana, 21 U.S.C. § 963, a Class B Felony

Original Sentence:   Sixty (60) months custody of the Bureau of Prisons to be followed by three (3) years supervised release. Special Conditions: Participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer, and provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer. He was ordered to pay a $100.00 special assessment fee.

Type of Supervision: Supervised Release     Date Supervision Commenced: October 29, 2004

U.S. Attorney: Bertha R. Mitrani     Defense Counsel: Daryle E. Wilcox, AFPD

---

## PETITIONING THE COURT

[X]  To issue a warrant  
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **Violation of Special Condition,** by failing to abstain from the use of alcoholic beverages during the duration of supervision. On February 14, 2006, the defendant submitted a urine specimen which tested positive for the presence of alcohol, and subsequently, was confirmed positive by Scientific Testing Laboratories, Incorporated.

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 63916

| | |
|---|---|
| 2 | **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On or about February 21, 2006, the defendant failed to maintain electrical service at his residence. |
| 3 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On April 13, 2006, the defendant was observed by this officer in Sebastian, Florida, driving a motor vehicle without having a valid driver's license, contrary to Florida Statute 322.34. |
| 4 | **Violation of Special Condition,** by failing to participate in an approved treatment program. The defendant failed to attend his individual counseling with Breakthrough Recovery in March 2006. |
| 5 | **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On or about April 27, 2006, the defendant failed to maintain telephone service at his residence. |
| 6 | **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On May 1, 2006, the defendant had an approved schedule to return from his employment at 6:15 p.m., but he did not return to his residence. His present whereabouts are unknown. |
| 7 | **Violation of Standard Condition,** by failing to notify the probation office of a change in residence. On or about May 1, 2006, the defendant moved from his approved residence of 119 Melton Avenue, Sebastian, Florida, and failed to notify the probation officer ten (10) days prior to any change. His present whereabouts are unknown. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63916

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
David J. Farinacci
U.S. Probation Officer
Phone: 772-467-2365

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

5/N/06
Date