PROB 19a                                                                                          SD/FL PACTS No. 71822

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6119-CR-ZLOCH</u>

FILED by _____ D.C.
MAY 15 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs Erik Johnson

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Erik Johnson | Male | White | 32 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 119 Melton Avenue, Sebastian, Florida 32958 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable William J. Zloch, Chief U.S. District Judge, Fort Lauderdale, Florida | December 1, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FORT PIERCE, FL. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | Barbara L Coats | 5/15/2006 |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/15/06

### RETURN

| Warrant received and executed. | DATE RECEIVED 5/15/06 | DATE EXECUTED 5/26/06 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale, FL |

| NAME | Christina Pharo, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE 5/26/06 |
|---|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."