# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: ERIK JOHNSON (J)#  
AUSA: BERTHA MITRANI (Don Chase)  
AGENT:  
PROCEEDING: INITIAL APPEARANCE ON VIOLATION OF SUPV RELEASE  
BOND HEARING HELD - yes / (no)  
BOND SET @:

CASE NO: 00-6119-CR-ZLOCH  
ATTY:  
VIOL: SUPERVISED RELEASE VIOLATION  
RECOMMENDED BOND: NO BOND  
COUNSEL APPOINTED: FPD (Berube)  
To be cosigned by:

FILED BY 2006 MAY 26 PM 2:59

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

1- Present in Court w/o cnsl.  
2- Advised of charges.  
Request court to appt cnsl.  
Sworn/test for appt of cnsl.  
Court finds deft indigent.  
Appoints FPD  
Gov't. Recommends No Bond  
Deft Absconded.  
1- Declines Bond Hrg wishes to proceed directly to Dist Judge.  
Waives Prel/Exam Signed Waiver.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:  
INQUIRY RE COUNSEL: Final Revocation Hrg Before Dist Judge.  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  
DATE: 5/26/06   TIME: 11:00 A.M.   FTL/BSS TAPE # 06- 33   Begin: 800   End: 1000  8

