UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-CR-6119-ZLOCH

UNITED STATES OF AMERICA

v.

ERIK JOHNSON

## WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of the right to a preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this Waiver of Preliminary Examination.

DATED: 5/26/06

_____
Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within 10 days from the defendant's initial appearance has stated he/she refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination. IT IS ORDERED that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 5/26/06

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA, DEFENSE COUNSEL
    PRETRIAL SERVICES/USPO

