UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH



UNITED STATES OF AMERICA, :

Plaintiff, :

vs. :

ERIK JOHNSON, :

Defendant. :
_______________________________/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_______________________________

Chantel Doakes
Assistant Federal Public Defender
Court Assigned No. A5500578
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)
Chantel_Doakes@fd.org



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 26th day of May, 2006 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Mr. David Farinacci, United States Probation Office, 1111 S. Federal Hwy., Stuart, Florida 34994.

Chantel Doakes

J:\Johnson, Erik Reg55301-004\Pleadings\ASSIGN