UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    v.                          NOTICE

ERIK JOHNSON

---

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE: COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

DATE & TIME:
June 13, 2006 at 11:00 A.M.

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX
CLERK OF COURT

*/s/ Barbara L. Coats*
BY DEPUTY CLERK

DATE: June 9, 2006

cc: Bertha Mitrani, Esq., AUSA
    Chantel Doakes, Esq., AFPD
    David J. Farinacci, U.S. Probation

FILED by _____ D.C.
JUN - 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.