FILED by _____ D.C.

JUN 13 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-CR-Zloch   DATE June 13, 2006

CLERK James Stuart   REPORTER Linda Superior

PROBATION David Farinacci   INTERPRETER

UNITED STATES OF AMERICA V.   Erik Johnson

U. S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Chantel Doakes

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Violation of Supervised Release

RESULT OF HEARING Defendant admits the seven allegations in the Petition (DE 267)

JUDGMENT Court finds Defendant has violated the terms of his Supervised Release conditions; supervised release is revoked and Defendant is committed to BOP for a period of four months.

CASE CONTINUED TO   TIME   FOR

MISC No additional Supervised release to follow