UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              <u>O R D E R</u>

ERIK JOHNSON,

    Defendant.
_____/

    THIS CAUSE came before the Court for hearing on Supervised Release Violation on June 13, 2006.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated his conditions of Supervised Release as set forth in Petition (DE 267) and the defendant admits same.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's Supervised Release is hereby revoked and defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **4 months.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _13th_ day of June, 2006.

                                                     WILLIAM J. ZLOCH
                                                     Chief United States District Judge

cc:  Bertha Mitrani, Esq., AUSA
     Chantel Doakes, Esq., AFPD
     David J. Farinacci, U.S. Probation Officer
     U.S. Marshal

